# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

131457

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES GILLESPIE,
      Plaintiff-Appellee,

v

RUSSELL FILTRATION, INC., and
RANDAL J. ARMSTRONG,
      Defendants-Appellants.

SC: 131457
COA: 268263
Wayne CC: 04-431052-CK

_____/

      On order of the Court, the application for leave to appeal the May 5, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for an explanation of the conclusion that the defendants' application for leave to appeal grossly disregarded the requirements of a fair presentation of the issues to the court.

      We retain jurisdiction.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

s0918